IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PALMARINI, INC., | CIVIL ACTION |
|---|---|
| Plaintiff, | |
| v. | |
| DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE AND JOHN KOSKINEN, | NO. 17-3431 |
| Defendants. | |

## O R D E R

**AND NOW**, this 12th day of October, 2017, upon consideration of, Defendant Internal Revenue Service's Motion for Extension of Time to File a Responsive Pleading (ECF # 3), **IT IS HEREBY ORDERED** that the said Motion is **GRANTED NUNC PRO TUNC** and the deadline to respond to Plaintiff's Complaint is extended to October 31, 2017.

                        **BY THE COURT:**

                        /s/Wendy Beetlestone, J.

                        _____

                        **WENDY BEETLESTONE, J.**